■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH TOBER, JR., Appellant. [598 NYS2d 745] —Judgment unanimously affirmed. Memorandum: We conclude that defendant's waiver of the right to appeal was knowingly, voluntarily and intelligently made *(see, People v Saunders,* 190 AD2d 1092). Were we to review the issue whether the sentence was harsh and excessive, we would conclude that it lacks merit. (Appeal from Judgment of Erie County Court, LaMendola, J. —Burglary, 3rd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.

■ JOAN M. MONJE et al., Respondents, v WEGMAN'S ENTERPRISES, Appellant. [596 NYS2d 273] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Plaintiff slipped and fell on a hard, dry, brown substance while shopping in defendant's supermarket. Plaintiff commenced this action to recover damages for injuries to her left wrist and thumb sustained in the fall. We conclude that defendant established its entitlement to summary judgment and that the complaint should have been dismissed. The evidence establishes that defendant had neither actual nor constructive notice of the condition of the floor. Plaintiff was unable to demonstrate how long the substance had been on the floor before she fell. Any finding that it had been on the floor for any appreciable length of time would be mere speculation *(see, Anderson v Klein's Foods,* 139 AD2d 904, *affd* 73 NY2d 835). (Appeal from Order of Supreme Court, Wayne County, Parenti, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Fallon and Davis, JJ.